**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00009-CV**
_____

**THOMAS AVALOS JR., Appellant**

**V.**

**FORTIS CONSTRUCTION LLC**
**F/K/A AMS CONSTRUCTION LLC, Appellee**

_____

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. 22DC-CV-01607**
_____

**ORDER**

The Court received a notice of removal to the United State District Court for the Eastern District of Texas. The Court recognizes that the cause has been removed to the federal courts. The appeal will be abated for administrative purposes only, and will be treated as a closed case unless timely reinstated by proper motion.

ORDER ENTERED January 12, 2023.

PER CURIAM

Before Golemon, C.J., Johnson and Wright, JJ.

1